UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

JASON LEE MINYARD, #416012,          )
                    Plaintiff,          )
                                        )       No. 1:09-cv-00090
-v-                                     )
                                        )       HONORABLE PAUL L. MALONEY
VIVIAN BURRELL,                         )
                    Defendant.          )
_____)

## JUDGMENT

Having granted in relevant part Plaintiff Jason Lee Minyard's Motion for Default Judgment (ECF No. 13), **JUDGMENT** is entered pursuant to Fed. R. Civ. P. 58 in favor of Plaintiff and against Defendant Vivian Burrell.

**IT IS ORDERED** that Defendant Vivian Burrell shall pay Plaintiff the sum of $4,369.06, plus post-judgment interest.

Plaintiff is further entitled to costs and fees.  Plaintiff shall submit a bill of costs, with supporting documentation as necessary, to the Clerk within 28 days, as required by Rule 54.1 of the Local Civil Rules of the Western District of Michigan.

**THIS ACTION IS TERMINATED.**

**IT IS SO ORDERED.**

Date:   November 1, 2011                        /s/ Paul L. Maloney
                                                Paul L. Maloney
                                                Chief United States District Judge