UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| JASON LEE MINYARD, #416012,<br>　　　　Plaintiff,<br><br>-v-<br><br>VIVIAN BURRELL,<br>　　　　Defendant. | No. 1:09-cv-00090<br><br>HONORABLE PAUL L. MALONEY |

## JUDGMENT

Having granted in relevant part Plaintiff Jason Lee Minyard's Motion for Default Judgment (ECF No. 13), **JUDGMENT** is entered pursuant to Fed. R. Civ. P. 58 in favor of Plaintiff and against Defendant Vivian Burrell.

**IT IS ORDERED** that Defendant Vivian Burrell shall pay Plaintiff the sum of $4,369.06, plus post-judgment interest.

Plaintiff is further entitled to costs and fees. Plaintiff shall submit a bill of costs, with supporting documentation as necessary, to the Clerk within 28 days, as required by Rule 54.1 of the Local Civil Rules of the Western District of Michigan.

**THIS ACTION IS TERMINATED.**

**IT IS SO ORDERED.**


Date:  November 1, 2011              /s/ Paul L. Maloney
　　　　　　　　　　　　　　　　　　　　　Paul L. Maloney
　　　　　　　　　　　　　　　　　　　　　Chief United States District Judge